[No. 13181.    *En Banc.*    December 8, 1916.]

*In the Matter of the* ESTATE OF JOSEPH TACHI.

ANTONIA TACHI, *Appellant,* v. JOHN P. KENT, *as Administrator, Respondent.*[1]

Appeal from a judgment of the superior court for Walla Walla county, McCroskey, J., entered June 7, 1915, allowing an administrator's final account, on objections by the sole heir.    Modified.

*John C. Hurspool,* for appellant.

*F. A. Garrecht* and *Evans & Watson,* for respondent.

#### ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc,* a majority of the court still adhere to the opinion heretofore filed herein as reported in 90 Wash. 621, 156 Pac. 833, and the judgment is accordingly modified.

---

[No. 13737.    *En Banc.*    December 26, 1916.]

LONE PINE-SURPRISE CONSOLIDATED MINING COMPANY, *Appellant,* v. INSURGENT GOLD MINING COMPANY *et al., Respondents.*[1]

Appeal from a judgment of the superior court for Ferry county, Pendergast, J., entered February 15, 1916, upon sustaining a demurrer to the complaint, dismissing an action for damages for trespass.    Affirmed.

*Wakefield & Witherspoon* and *G. V. Alexander,* for appellant.
*James T. Johnson,* for respondents.

PER CURIAM.—This case involves the same question of limitation of an action to recover for underground trespass as in *Golden Eagle Mining Co. v. Imperator-Quilp Co., ante* p. 692, 161 Pac. 848. Upon the authority of that decision, the judgment in this case is affirmed.

[1]Reported in 161 Pac. 469.
[2]Reported in 161 Pac. 850.